# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 6, 2006

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

129436(61)

JODIE VEGA, Conservator of the Estate of
JEFFREY HURLEY, a Minor,
        Plaintiff-Appellant,

v

LAKELAND HOSPITALS AT NILES AND
ST. JOSEPH, INC., ST. JOSEPH MEDICAL
ASSOCIATES, P.C. and BETH VANDERAH
and MICHAEL SPEERS, Co-Personal
Representatives of the Estate of DAVID ALAN
SPEERS, M.D., Deceased,
        Defendants-Appellees.

SC: 129436
COA: 253739
Berrien CC: 02-003976-NH

_____/

      On order of the Court, the motion for reconsideration of this Court's May 12, 2006 order is considered, and it is GRANTED. We VACATE our order dated May 12, 2006. On reconsideration, the application for leave to appeal the July 28, 2005 judgment of the Court of Appeals is considered, and it is GRANTED. The parties shall include among the issues to be briefed whether MCL 600.5851(1) applies to medical malpractice claims. Persons or groups interested in the determination of the issues presented in this case may move the Court for permission to file briefs amicus curiae.



d1129

      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 6, 2006

_____
Clerk